## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARCUS B. HARRIS,

      Petitioner,

-vs-                               Case No.  8:13-cv-1729-T-30MAP

DAVID GEE, SHERIFF,
HILLSBOROUGH COUNTY, FLORIDA,

      Respondent.

_____/

### ORDER

Before the Court is Petitioner's Motion for Rehearing Order (Dkt. 6) which the Court construes as a motion pursuant to Rule 59(e), Fed. R. Civ. P., to alter or amend the Court's July 9, 2013 Order dismissing Petitioner's petition for writ of habeas corpus (Dkt. 5).

The decision to alter or amend a judgment under Rule 59(e) "is committed to the sound discretion of the district judge." *Am. Home Assur. Co. v. Glenn Estess & Assocs.*, 763 F.2d 1237,1238-39 (11th Cir.1985). "The only grounds for granting [a Rule 59(e)] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir.2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir.1999)). A party seeking reconsideration must "set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." *Cover v. Wal-Mart Stores, Inc.*, 148 F.R.D. 294, 294 (M.D. Fla. 1993). The decision to alter or amend a judgment is an "extraordinary

remedy." *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994).

The Court has carefully reviewed Petitioner's arguments, but finds that these arguments are unsupported by facts or law of a "strongly convincing nature." Moreover, the Court is not convinced that reconsideration of the July 9, 2013 Order is necessary to correct a clear error or to prevent manifest injustice.

Accordingly, the Court **ORDERS** that Petitioner's Motion for Rehearing Order (Dkt. 6) is **DENIED**.

## CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL IN FORMA PAUPERIS DENIED

The Court declines to issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2).  And, because Petitioner is not entitled to a certificate of appealability, Petitioner is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*
          Counsel of Record

2